UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLEN THOME, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>80 ENTERPRISES INC. d/b/a/ KILLARNEY ROSE and JOHN MORAN,<br><br>     Defendants. | Case No.: 1:22-cv-5901<br><br>*Notice of Acceptance* |

  Pursuant to Federal Rule of Civil Procedure 68, Plaintiff ALLEN THOME hereby serves notice that he accepts Defendants' offer of judgment on the terms set forth therein.

         By: */s/ D. Maimon Kirschenbaum*
         Daniel Maimon Kirschenbaum
         Joseph & Kirschenbaum LLP
         32 Broadway
         Suite 601
         New York, New York 10004
         Telephone: 212.688.5640
         Facsimile: 212.688.2548
         Email: maimon@jk-llp.com
            lucas@jk-llp.com
         *Attorneys for Plaintiff Allen Thome*
         *and All Others Similarly Situated*

CERTIFICATE OF SERVICE

I, D. Maimon Kirschenbaum, hereby declare under penalty of perjury that on October 2, 2022, the annexed Notice of Acceptance was served upon counsel for Defendants in this action by electronic correspondence and that the same has been filed with the Court via ECF thereby effectuating service on counsel for all parties.

By: /s/ D. Maimon Kirschenbaum