UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLEN THOME, on behalf of himself and all others similarly situated,<br><br>                 Plaintiff,<br><br>v.<br><br>80 ENTERPRISES INC. d/b/a/ KILLARNEY ROSE and JOHN MORAN,<br><br>                 Defendants. | Case No.: 1:22-cv-5901<br><br>*Notice of Acceptance* |

      Pursuant to Federal Rule of Civil Procedure 68, Plaintiff ALLEN THOME hereby serves notice that he accepts Defendants' offer of judgment on the terms set forth therein.

Dated:  New York, New York
          October 3, 2022

By: _____
Daniel Maimon Kirschenbaum
Joseph & Kirschenbaum LLP
32 Broadway
Suite 601
New York, New York 10004
Telephone:   212.688.5640
Facsimile:    212.688.2548
Email: maimon@jk-llp.com
        lucas@jk-llp.com
*Attorneys for Plaintiff Allen Thome and All Others Similarly Situated*

CERTIFICATE OF SERVICE

I, D. Maimon Kirschenbaum, hereby declare under penalty of perjury that on October 3, 2022, the annexed Notice of Acceptance was served upon counsel for Defendants in this action by electronic correspondence and that the same has been filed with the Court via ECF thereby effectuating service on counsel for all parties.

By: */s/ D. Maimon Kirschenbaum*