UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLEN THOME, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>80 ENTERPRISES INC. d/b/a/ KILLARNEY ROSE and JOHN MORAN,<br><br>Defendants. | Case No.: 1:22-cv-5901<br><br>~~(PROPOSED)~~ JUDGMENT |

It is hereby **ORDERED, ADJUDGED AND DECREED**: That pursuant to Federal Rule of Civil Procedure 68 and based upon the combined filing of Defendants' Offer of Judgment and Plaintiff's Notice of Acceptance thereof, judgment is entered in favor of Plaintiff ALLEN THOME ("Plaintiff") and against 80 ENTERPRISES INC. d/b/a/ KILLARNEY ROSE and JOHN MORAN, for the total sum of $12,500 in connection with the claims alleged in this Action, which amount shall be inclusive of all attorney's fees, expenses, and costs incurred by Plaintiff in this Action.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that this Action is hereby dismissed with prejudice in it's entirety.

The Clerk of Court is directed to enter judgment in favor of Plaintiff, in accordance with the terms above, and close the case.

Dated: October 4, 2022

SO ORDERED

_____
Hon. Jesse M. Furman
United States District Judge